```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 6/30/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SANOFI-AVENTIS, etc.,

                         Plaintiff,

          -against-                                                          08 Civ. 11360 (LAK)

THE BANK OF NEW YORK MELLON CORPORATION,

                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Defendant moves to dismiss the complaint for failure to state a claim upon which relief may be granted.

        The letter agreement upon which plaintiff's first claim for relief depends is ambiguous. It therefore may not be construed as defendant contends on a motion to dismiss.

        The second and third claims for relief are insufficient for the reasons put forth by defendant.

        According, defendant's motion to dismiss the complaint [docket item 10] is granted to the extent that the second and third claims for relief are dismissed and otherwise denied.

        SO ORDERED.

Dated:      June 30, 2009

                                                                  Lewis A. Kaplan
                                                           United States District Judge